UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **DEFENDANT'S STATEMENT WITH RESPECT TO** |
| v. | **SENTENCING FACTORS** |
| MARY ANNE CATALANO | Cri. No. 10-CR-142A |
| Defendant. | |

_____

The defendant, Mary Anne Catalano, through her attorneys, Personius Melber LLP, Rodney O. Personius, Esq., of counsel, does hereby adopt the advisory *Sentencing Guidelines* calculations and factual statements set forth in the Pre-Sentence Investigation Report prepared August 30, 2010.

Ms. Catalano will cause a separate sentencing submission to be filed with the Court in accordance with the schedule established for the filing of sentencing-related pleadings.

Dated:  Buffalo, New York
        September 22, 2010.

/s/ Rodney O. Personius, Esq.
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
  MARY ANNE CATALANO
2100 Main Place Tower
Buffalo, NY  14202
(716)  855-1050
Email: rop@personiusmelber.com

TO:    AUSA Paul J. Campana
       Federal Centre
       138 Delaware Avenue
       Buffalo, NY 14202

USPO David Ball
234 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>AUSA Paul J.Campana
>Federal Centre
>138 Delaware Avenue
>Buffalo, NY 14202

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

>USPO David Ball
>234 U.S. Courthouse
>68 Court Street
>Buffalo, NY 14202

>/s/ Rodney O. Personius, Esq.
>Rodney O. Personius, Esq.
>PERSONIUS MELBER LLP
>*Attorneys for Defendant*
>  MARY ANNE CATALANO
>2100 Main Place Tower
>Buffalo, NY  14202
>(716)  855-1050
>Email: rop@personiusmelber.com