UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                                **DEFENDANT'S SUPPLEMENTAL
                                STATEMENT WITH RESPECT
                                TO SENTENCING FACTORS**

v.

MARY ANNE CATALANO                              Cri. No. 10-CR-142A

                 Defendant.
_____

      Defendant Mary Anne Catalano, by her attorneys, Personius Melber LLP, Rodney O. Personius, Esq., of Counsel, does hereby adopt the *Sentencing Guidelines* calculations and factual findings set forth in the revised Presentence Report, dated July 15, 2011.

      In particular, Ms. Catalano concurs with the reduced loss calculation set forth in the Presentence Report, as revised.

Dated:  Buffalo, New York
          July 21, 2011.

                                              **/s/ Rodney O. Personius**
                                              Rodney O. Personius, Esq.
                                              PERSONIUS MELBER LLP
                                              *Attorneys for Defendant*
                                                MARY ANNE CATALANO
                                              2100 Main Place Tower
                                              Buffalo, NY  14202
                                              (716)  855-1050
                                              Email: rop@personiusmelber.com

TO:   AUSA Paul J.Campana
         Federal Centre
         138 Delaware Avenue
         Buffalo, NY 14202

USPO David W. Ball
234 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2011, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    AUSA Paul J.Campana
    Federal Centre
    138 Delaware Avenue
    Buffalo, NY 14202

And, I hereby certify that on the 21st day of July, 2011, I forwarded the foregoing document via first-class mail, postage prepaid to the following:

    USPO David Ball
    234 U.S. Courthouse
    68 Court Street
    Buffalo, NY 14202

    **/s/ Rodney O. Personius**
    Rodney O. Personius, Esq.
    PERSONIUS MELBER LLP
    *Attorneys for Defendant*
    MARY ANNE CATALANO
    2100 Main Place Tower
    Buffalo, NY  14202
    (716)  855-1050
    Email: rop@personiusmelber.com